

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed August 18, 2020**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SHAWNEE CONSTRUCTION, LLC, | § | CASE NO. 20-42072 |
| CIRCLE L CONSTRUCTION, INC. | § | CASE NO. 20-42073 |
| | § | (Chapter 11—Subchapter V) |
| DEBTOR. | § | |
| | § | |

### ORDER SETTING PLAN RELATED DEADLINES AND HEARING ON CONFIRMATION

Came on to be heard before the Court, Debtors' Ex Parte Motion for Order Setting Plan Related Deadlines and Hearing on Confirmation (the "Motion"), wherein the Debtors request the entry of an order pursuant to 11 U.S.C. §§ l05(a), and 1189 - 1191. After due deliberation and there being good and sufficient cause, it is hereby:

ORDERED as follows:

1. No later than August 19, 2020, the Debtors shall serve a copy of this Order, the Debtors' proposed Chapter 11 Plan, and a ballot conforming to Official Form 14 (for those

entitled to vote) to all creditors, equity security holders, and other parties in interest, including the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017.1 (as amended by Interim Rule) and 3017.2 (Interim Rule).

2. September 18, 2020, is fixed as the last day for filing written acceptances or rejections of the Debtor's proposed Chapter 11 plan which must be **received** by 5:00 p.m. on that date at the following location:

> David D. Ritter
> Ritter Spencer PLLC
> 15455 Dallas Parkway, Suite 600
> Addison, Texas 75001

No acceptances or rejections received after the stated deadline shall be counted or otherwise included in the tabulation of acceptances and rejections of the Debtor's proposed Chapter 11 plan without further Court order.

3. September 18, 2020, is fixed as the last day for filing and serving (1) written objections to confirmation of the Debtors' proposed Chapter 11 plan pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(l) and all comments or objections not timely filed and served by such deadline shall be deemed waived; and (2) written notice by a class of secured claims under the Debtors' proposed Chapter 11 plan of the election for treatment under 11 U.S.C. § 1111(b)(1)(i) and (2).

4. The hearing to consider the confirmation of the Debtor's proposed Chapter 11 Plan is fixed and shall be held on **September 29, 2020, at 9:30 a.m**. at the following location:

> Eldon B. Mahon U.S. Courthouse
> Courtroom of the Honorable Edward L. Morris
> United States Bankruptcy Judge
> 501 W. 10th St., Room 204
> Fort Worth, TX 76102-3643

which hearing may be adjourned or continued to a different date without further notice other than notice given in open court at such hearing.

### END OF ORDER###